CITY OF WEST PALM BEACH, *et al.*, v. STATE, *ex rel.* R. A. PETERSON.

182 So. 446.

Opinion Filed June 30, 1938.

*Paul W. Potter,* for Plaintiffs in Error.

*Casey, Walton & Spain,* for Defendant in Error.

PER CURIAM.—This is a companion case to that of City of West Palm Beach v. State, *ex rel.* Peterson, this day filed, and on authority of the opinion and judgment in the case of State, *ex rel.*, v. West Palm Beach, 125 Fla. 626, 170 Sou. 696, and the judgment in the above named companion case, the judgment should be, and is, affirmed.

So ordered.

WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.